**COMMONWEALTH of Pennsylvania,**

v.

**William T. JONES, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 10, 1979.

Decided Jan. 30, 1981.

Petition for Allowance of Appeal Denied May 29, 1981.

Edward B. Kasselman, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Eric Henson, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

FLAHERTY, Justice.

Appellant, William T. Jones, was convicted in the Court of Common Pleas of Philadelphia County, January Sessions, 1979, of murder of the second degree, possession of an instrument of crime, and attempted robbery. The trial judge sat without a jury, and after denying post-trial motions, sentenced appellant to life imprisonment for murder, two and one-half to five years for possession of an instrument of a crime and five to ten years for attempted robbery, all sentences to be served concurrently. Appellant now appeals from judgment of sentence on the murder conviction.

Appellant makes three assertions of error as follows: (1) the evidence was insufficient to support a conviction of murder of the second degree; (2) the trial court erred in admitting into evidence an inculpatory statement made by appellant prior to arraignment but within the six hour period required by *Commonwealth v. Davenport*, 471 Pa. 278, 370 A.2d 301 (1977); (3) it was error for the trial court to admit evidence of appellant's prior convictions. After a thorough examination of the record and the briefs, we find no reversible error.

Judgment of sentence affirmed.